IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CINDA M. MEYERS,  Civ. No. 3:15-cv-01781-CL

    Plaintiff,

                                                              ORDER

    v.

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

    Defendant.

---

CLARKE, Magistrate Judge.

    Attorney fees in the amount of $4,029.85 are hereby awarded to Plaintiff in care of her attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. There are no costs or expenses.

    It is so ORDERED and DATED this 18 day of January, 2017.

                                                               MARK D. CLARKE
                                                               United States Magistrate Judge